```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KRISTINA KIRILOVA,                              :
                                                :
                Plaintiff,                      :
                                                :       REPORT &
        -against-                               :       RECOMMENDATION
                                                :       19-CV-3846 (DLI) (SMG)
TRANSWORLD SYSTEMS INC. and JH                  :
PORTFOLIO DEBT EQUITIES, LLC,                   :
                                                :
                Defendants.                     :
-------------------------------------------------------------x
```

GOLD, STEVEN M., U.S. Magistrate Judge:

    Plaintiff commenced this action in the Supreme Court of the State of New York for Suffolk County. Plaintiff asserts a claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* Summons with Notice, Dkt. 1-2, ECF Pages 7-8. On July 2, 2019, defendant Transworld Systems removed the action to this Court. Notice of Removal, Dkt. 1.

    By Order dated October 9, 2019, I scheduled an initial conference for November 5, 2019. Plaintiff's counsel, though, failed to appear. Attempts to reach plaintiff's counsel by telephone were unsuccessful, and voice messages left by my chambers staff went unreturned.

    By Order dated November 5, 2019, I directed plaintiff's counsel to submit a letter by November 13, 2019 explaining his failure to appear and indicating whether plaintiff intends to pursue this lawsuit. The Order specifically alerted counsel that failure to comply would result in a recommendation of dismissal for failure to prosecute. Minute Entry, Dkt. 5.

    Plaintiff has not submitted a letter to the Court or otherwise responded to the Court's order dated November 5, 2019. Accordingly, I respectfully recommend that this action be dismissed for failure to prosecute unless plaintiff's counsel submits a response explaining his

failure to appear or comply with the Court's order within the time for filing objections to this Report.

Any objections to the recommendation contained in this Report must be filed with the Clerk of the Court within fourteen days of the date of this Report, and in any event, no later than December 6, 2019. Failure to object to this Report may waive the right to appeal the District Court's Order. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989).

                                                                                                         _____
STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE

Brooklyn, New York
November 22, 2019

*U:\19cv3846 Kirilova fail to pro.docx*