UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KRISTINA KIRILOVA,

                                       JUDGMENT

              Plaintiff,                  19-CV-3846 (DLI) (SMG)
   v.

TRANSWORLD SYSTEMS INC. and
JH PORTFOLIO DEBT EQUITIES, LLC,

              Defendants.
---------------------------------------------------------------X

       An Order of the Honorable Dora L. Irizarry, United States District Judge, having been filed on February 20, 2020, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated November 22, 2019, dismissing this action for failure to prosecute; it is

       ORDERED and ADJUDGED that this action is dismissed for failure to prosecute.

Dated: Brooklyn, New York                             Douglas C. Palmer
       February 24, 2020                                  Clerk of Court

                                                          By:   */s/Jalitza Poveda*
                                                                  Deputy Clerk